

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00128-CV

Maria **COLUNGA**,
Appellant

v.

**OUR LADY GUADALUPE CATHOLIC CHURCH**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC12-110
Honorable Ana Lisa Garza, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  March 12, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

        Appellant filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM